UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case: 3:22-00878-JLS |
| Plaintiff, | |
| | **ORDER** |
| vs. | |
| FERNANDO ORTIZ,<br>ENRIQUE RODRIGUEZ-DELGADO, | |
| Defendants. | |

The United States of America and defendants GABRIEL CHAVEZ and ENRIQUE RODRIGUEZ-DELGADO jointly move to continue the motion hearing/trial setting set for May 20, 2022 at 1:30 p.m. The parties also jointly move to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

For reasons stated in paragraph 3 of the joint motion, incorporated by reference herein, the court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS ORDERED** that the joint motion is granted. The motion hearing/trial setting shall be continued to July 1, 2022 at 1:30 p.m.  Defendants on bond shall file an acknowledgement of the next hearing date within one week of this order.

**IT IS FURTHER ORDERED** that the period of delay from the filing of the joint motion until July 1, 2022, shall be excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

Dated:  May 11, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge